Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>ERASMO VILLEGAS-SUAREZ, et al.<br><br>                Defendants. | Case No. 1:19-CR-00015-DAD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the defendant, ERASMO VILLEGAS-SUAREZ, through his counsel of record, Serita Rios, and the United States of America, by and through its counsel, Laura Withers, Assistant United States Attorney, that Mr. Villegas' conditions of release be modified from home detention to curfew.

The parties agree that the CURFEW condition of section (l) of the Additional Conditions of Release which reads:

> **CURFEW**: You are restricted to your residence as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations;

be modified to:

**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

-1-

**CURFEW**: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;

In support of this stipulation the following is offered:

1. Mr. Villegas has been on pretrial release supervision for approximately 5 months.

2. Mr. Villegas has fully complied with the terms and conditions of his pretrial release, has maintained regular contact with pretrial services, and has provided appropriate documentation for approved activities.

3. Separate from his pretrial supervision, Mr. Villegas is subject to GPS monitoring through Immigrations and Customs Enforcement.

4. The parties believe that the proposed modification is appropriate in light of Mr. Villegas' performance on pretrial release.

5. United States Pretrial Services Officer, Frank Guerrero, is in agreement with the proposed modification.

IT IS SO STIPULATED.

Dated: August 6, 2019    /s/ SERITA RIOS

_____
**Serita Rios**
Attorney for Defendant


Dated: August 6, 2019    /s/ LAURA WITHERS

_____
**LAURA WITHERS**
Assistant United States Attorney

# ORDER

Good cause appearing, the conditions of release for defendant, ERASMO VILLEGAS-SUAREZ, are modified as set forth in this stipulation.

IT IS SO ORDERED.

Dated: **August 7, 2019**        /s/ Eric P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE