McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
LAURA D. WITHERS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00015 DAD |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS COUNTS FOUR AND FIVE AS TO VILLEGAS AND ORDER |
| v. | |
| ERASMO VILLEGAS SUAREZ, | |
| Defendant. | |

The United States, by and through its undersigned counsel, hereby moves to dismiss without prejudice Counts Four and Five of the Third Superseding Indictment as to this defendant only, in the interest of justice.

Dated: August 27, 2019
McGREGOR W. SCOTT
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED that Counts Four and Five of the Third Superseding Indictment of the Third Superseding Indictment be dismissed without prejudice only as to the defendant named in the above-captioned matter.

IT IS SO ORDERED.

Dated: **August 27, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER
1