**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERASMO VILLEGAS-SUAREZ, <br><br> Defendant. | Case No. 1:19-CR-0015-DAD <br><br> **APPLICATION FOR TRAVEL EXPENSES PURSUANT TO 18 U.S.C. §4285** |

The defendant, ERASMO VILLEGAS-SUAREZ, by and through his counsel, Serita Rios, hereby requests an order for transportation and subsistence expenses pursuant to 18 U.S.C. §4285.

Mr. Erasmo Villegas' trial is scheduled to commence on September 9, 2019, before the Honorable Dale A. Drozd in the Eastern District Court in Fresno, California. The trial is estimated to last 2 weeks. Mr. Villegas' personal appearance is required for the duration of the trial.

Mr. Villegas currently resides in Bakersfield, California. He is indigent and unable to afford the costs for subsistence and transportation to and from Fresno for the duration of the trial.

Accordingly, Mr. Villegas requests that the Court direct the United States Marshal to furnish Mr. Villegas with an amount of money for travel and subsistence expenses for the duration

of the trial, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).

Dated: August 31, 2019          Respectfully Submitted,

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

---

**ORDER**

TO: UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA:

GOOD CAUSE APPEARING, it has been determined that defendant, Erasmo Villegas, is financially unable to provide the necessary costs for transportation to the Eastern District Court in Fresno, California, for the duration of his trial which is scheduled to commence on September 9, 2019, and estimated to last 2 weeks.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §4285, that the United States Marshals Service for the Eastern District of California furnish transportation expenses, to Erasmo Villegas for the duration of his trial. In addition, the United States Marshal shall furnish Mr. Villegas with money for subsistence expenses, the amount authorized as a per diem allowance for travel under 5 U.S.C. §5702(a).

IT IS SO ORDERED.

Dated: **September 4, 2019**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE