**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-0015-DAD |
| Plaintiff, | **APPLICATION FOR TRAVEL COSTS PURSUANT TO 18 U.S.C. §4285** |
| vs. | |
| ERASMO VILLEGAS-SUAREZ, | |
| Defendant. | |

The defendant, ERASMO VILLEGAS-SUAREZ, by and through his counsel, Serita Rios, hereby requests an order for transportation costs pursuant to 18 U.S.C. §4285.

Mr. Erasmo Villegas' trial is scheduled to commence on September 9, 2019, before the Honorable Dale A. Drozd in the Eastern District Court in Fresno, California. The trial is estimated to last 2 weeks. Mr. Villegas' personal appearance is required for the duration of the trial. Mr. Villegas currently resides in Bakersfield, California. He is indigent and unable to afford the costs for transportation to Fresno for the duration of the trial.

Accordingly, Mr. Villegas requests that the Court direct the United States Marshal to furnish Mr. Villegas with an amount of money for the costs of travel to Court for the duration of the trial.

Dated: September 4, 2019           Respectfully Submitted,

                                               /s/ Serita Rios

                                       **Serita Rios**
                                       Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>ERASMO VILLEGAS-SUAREZ,<br><br>      Defendant. | Case No. 1:19-CR-0015-DAD<br><br>**ORDER GRANTING APPLICATION FOR TRAVEL COSTS PURSUANT TO 18 U.S.C. §4285** |

TO: THE UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA:

  GOOD CAUSE APPEARING, and upon the Declaration of Vanessa Villegas, the Court finds that defendant Erasmo Villegas is financially unable to provide the necessary costs for transportation to the Eastern District Court in Fresno, California, for the duration of his trial which is scheduled to commence on September 9, 2019, and is estimated to last 2 weeks.

  IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §4285, that the United States Marshals Service for the Eastern District of California furnish transportation costs to Erasmo Villegas for travel from Bakersfield to Fresno for the duration of his trial, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

IT IS SO ORDERED.

  Dated: **September 5, 2019**    /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE