# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-0015-DAD |
| Plaintiff, | **AMENDED ORDER GRANTING APPLICATION FOR TRAVEL COSTS PURSUANT TO 18 U.S.C. §4285** |
| vs. | |
| ERASMO VILLEGAS-SUAREZ, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA:

GOOD CAUSE APPEARING, and upon the Declaration of Vanessa Villegas, the Court finds that defendant Erasmo Villegas is financially unable to provide the necessary costs for transportation to the Eastern District Court in Fresno, California, for the duration of his trial which is scheduled to commence on September 9, 2019, and is estimated to last 2 weeks.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §4285, that the United States Marshals Service for the Eastern District of California furnish transportation costs to Erasmo Villegas for travel from Bakersfield to Fresno for the duration of his trial, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code. Since trial is set to begin on September 9, 2019, and the request for transportation costs was recently submitted, the Marshals Service is authorized to reimburse appropriate transportation costs, as opposed to advancing the transportation costs, and such costs should be

-1-

supported by documentation of travel expenses, such as gas receipts, and for other allowable expenses.

IT IS SO ORDERED.

Dated: __**September 6, 2019**__   __/s/ Barbara A. McAuliffe__
UNITED STATES MAGISTRATE JUDGE