Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:19-CR-00015-DAD |
| ) Plaintiff, ) | **ERASMO VILLEGAS' REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. ) | |
| ERASMO VILLEGAS-SUAREZ, et al., ) | |
| ) Defendants. ) | |

TO THE UNITED STATES COURT OF THE EASTERN DISTRICT OF CALIFORNIA, TO McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND ASSISTANT UNITED STATES ATTORNEYS:

Pursuant to Rule 43(b)(3), Erasmo Villegas, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the October 21, 2019 status conference hearing.

Mr. Villegas lives in Bakersfield, California. Mr. Villegas is indigent and has been unable to work since his arrest. The cost for travel to and from Court poses a significant financial hardship on Mr. Villegas and his family.

Mr. Villegas agrees that his interests shall be represented at the hearing by his counsel, Serita Rios, in his absence.

Dated: October 14, 2019          Respectfully Submitted,


　　　　　　　　　　　　　　　　　/s/ Serita Rios
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**Serita Rios**
　　　　　　　　　　　　　　　　　Attorney for Defendant

## **ORDER**

Pursuant to Rule 43(b)(3), defendant's request for waiver of his appearance for the status conference hearing on October 21, 2019, is granted.

IT IS SO ORDERED.

Dated: **October 15, 2019**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE