Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERASMO VILLEGAS-SUAREZ, et al.<br><br>Defendants. | Case No. 1:19-CR-00015-DAD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED by and between the defendant, ERASMO VILLEGAS-SUAREZ, through his counsel of record, Serita Rios, and the United States of America, by and through its counsel, Karen Escobar, Assistant United States Attorney, that Mr. Villegas' conditions of release be modified to eliminate the requirement of the Location Monitoring program.

1. Mr. Villegas has been on pretrial release supervision for over 7 months.

2. Mr. Villegas has fully complied with the terms and conditions of his pretrial release, has maintained regular contact with pretrial services, and has provided appropriate documentation for approved activities.

3. Mr. Villegas has posted a $27,000 bond as a condition of his release.

4.  Separate from his pretrial supervision, Mr. Villegas is subject to GPS location monitoring through Immigrations and Customs Enforcement.

5.  The parties believe that the proposed modification is appropriate in light of Mr. Villegas' performance on pretrial release.

6.  United States Pretrial Services Officer, Frank Guerrero, is in agreement with the proposed modification.

IT IS SO STIPULATED.

Dated: October 17, 2019  /s/ SERITA RIOS

_____
**Serita Rios**
Attorney for Defendant


Dated: October 17, 2019  /s/ KAREN ESCOBAR

_____
**KAREN ESCOBAR**
Assistant United States Attorney


**ORDER**

Good cause appearing, the conditions of release for defendant, ERASMO VILLEGAS-SUAREZ, are modified as set forth in this stipulation**.**

IT IS SO ORDERED.

Dated: __**October 17, 2019**__   _____
UNITED STATES DISTRICT JUDGE