**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ERASMO VILLEGAS-SUAREZ,<br><br>　　　　　　Defendant. | Case No. 1:19-CR-00015-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER**<br><br>Date: January 21, 2020<br>Time: 10:00 a.m.<br>Court: Hon. Dale A. Drozd |

## STIPULATION

The defendant, ERASMO VILLEGAS-SUAREZ, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney Karen Escobar, hereby stipulate as follows:

1.　　By previous order, this matter was set for sentencing on January 21, 2020, at 10:00 a.m.

2.　　By this stipulation, the parties move to continue the sentencing hearing to February 10, 2020.

3.　　The parties agree and stipulate, and request the Court find the following:

a. United States Probation Officer Megan Pascual has been assigned to prepare the presentence investigative report in this matter, she has informed counsel that she will be on vacation for two weeks during the time period which the informal and formal objections are due.

b. Defense counsel for Mr. Villegas will also be unavailable during the week which the informal objections are due.

c. All parties have agreed to continue the sentencing hearing and Officer Pascual will issue an updated schedule if a continuance is granted.

4. Accordingly, the parties request that the court order the sentencing hearing currently set for January 21, 2020, be rescheduled for February 10, 2020.

IT IS SO STIPULATED.

Dated: December 12, 2019

/s/ SERITA RIOS
_____
**Serita Rios**
Attorney for Defendant

Dated: December 12, 2019

/s/ KAREN ESCOBAR
_____
**KAREN ESCOBAR**
Assistant United States Attorney

## ORDER

For the reasons set forth above sentencing is continued to February 10, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**December 13, 2019**__      _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE