Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ERASMO VILLEGAS-SUAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> vs. <br><br> ERASMO VILLEGAS-SUAREZ, <br><br> Defendant. | Case No. 1:19-CR-00015-DAD <br><br> **ERASMO VILLEGAS' MOTION TO EXONERATE BOND; ORDER** |

Defendant, ERASMO VILLEGAS-SUAREZ, hereby moves the court pursuant to Federal Rule of Criminal Procedure 46(g) for exoneration of the bond and full reconveyance of the cash/collateral bond posted by his wife, Vanessa Villegas.

On March 7, 2019, the Court ordered Mr. Villegas released on conditions including a $27,000 bond which included a cash bond of $15,300 and collateral of $11,700 for 4 vehicles. On March 5, 2019, Mrs. Villegas posted a cash bond in the amount of $15,300 (DKT #151, Receipt #CAE100041852). On March 5, 2019, Mrs. Villegas posted collateral (Certificates of Title) for a 2008 GMC, CA LP#63954H2, VIN#120205 (DKT #147), a 1999 Ford, CA

LP#14194E1, VIN#B27142 (DKT #148), a 2005 Infiniti, CA LP#7YKJ431, VIN#407893 (DKT #149), and a 2005 Toyota, CA LP#5KVR292, VIN#434953 (DKT #150).

On February 10, 2020, Mr. Villegas was sentenced in this matter. Mr. Villegas has complied with the conditions of the appearance bond in this case. Mr. Villegas is respectfully requesting that the bond be exonerated pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure and that the cash/collateral be disbursed to Vanessa Villegas.

Dated: February 12, 2020 Respectfully Submitted,

/s/ Serita Rios

**Serita Rios**
Attorney for Defendant

## ORDER

The Court finds that ERASMO VILLEGAS-SUAREZ has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $27,000 bond in the above-captioned case and reconvey the $15,300 of cash and $11,700 of collateral to Vanessa Villegas, who originally posted the cash and collateral bond.

IT IS SO ORDERED.

DATED: February 12, 2020

Dale A. Drozd
United States District Judge